**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
|    Plaintiff/Respondent, ) | CR-02-1179-PHX-PGR |
| ) | CV-04-2209-PHX-PGR (MEA) |
|   vs. ) | |
| ) | ORDER |
| Carlos Anselmo Moreno, Jr., ) | |
| ) | |
|    Defendant/Movant. ) | |

Although he has never filed a formal motion to unseal the record, movant Moreno requests in his Objections to Magistrate's Report and Recommendations (doc. #110) that the Court unseal the file in this case so that his counsel may review the file to determine if there is any factual support for his claim of gross misconduct on the part of his trial counsel and to address factual statements made by the Magistrate Judge in the Report and Recommendation.  Having reviewed the record, the Court will unseal just those portions of the record it deems relevant to the movant's pending § 2255 motion.  Therefore,

IT IS ORDERED that the record of this action is unsealed only to the extent that movant's Moreno's counsel, Ulises A. Ferragut, Jr. of Ferragut & Associates,

- 1 -

P.C., shall be permitted to obtain copies of the following documents under the Court's normal procedures: (1) movant Moreno's plea agreement (doc. #49); (2) Government's Motion to Authorize Downward Departure, Sentencing Recommendation (doc. #62); (3) minute entry regarding movant's Moreno's sentencing (doc. #63); movant Moreno's Judgment in a Criminal Case (doc. #64); (4) transcript of movant Moreno's change of plea on October 6, 2003; and (5) transcript of movant Moreno's sentencing on December 15, 2003.

IT IS FURTHER ORDERED that defendant Moreno shall file an amended objection to the Report and Recommendation (doc. #100) no later than **April 9, 2007.**

DATED this 26th day of February, 2007.


Paul G. Rosenblatt
United States District Judge